IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HICA EDUCATION LOAN CORPORATION,

        Plaintiff,

    v.

JAMES C. ADAMS,

        Defendant.
_____/

No. 2:11-cv-02964 JAM KJN PS

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

        On January 13, 2012, this matter was reassigned and referred to the undersigned for all proceedings that fall within the jurisdiction of the magistrate judge pursuant to Eastern District of California Local Rule 302(c)(21). (See Minute Order, Jan. 13, 2012, Dkt. No. 9.) In light of this case reassignment, the undersigned orders that a status (pretrial scheduling) conference be held so that the court may enter a scheduling order in this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    A status (pretrial scheduling) conference shall be held on February 2, 2012, at 10:00 a.m., in Courtroom No. 25.

        2.    The court shall base its scheduling order on the Joint Initial Status Report filed by the parties on January 13, 2012 (Dkt. No. 8), and the parties' representations at the status

(pretrial scheduling) conference.  The parties need not file additional status reports in advance of the status (pretrial scheduling) conference.

   IT IS SO ORDERED.

DATED: January 17, 2012

              _____
               KENDALL J. NEWMAN
               UNITED STATES MAGISTRATE JUDGE