IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HICA EDUCATION LOAN CORPORATION,

      Plaintiff,

  v.

JAMES C. ADAMS,

      Defendant.

No. 2:11-cv-02964 JAM KJN PS

<u>ORDER</u>

On February 3, 2012, the court entered a scheduling order in this case (Dkt. No. 13) but, on its own motion, required plaintiff to file a statement of damages explaining why the amount in controversy in this diversity action exceeded $75,000. (Order, Feb. 3, 2012, Dkt. No. 12). Plaintiff timely filed a statement of damages (Dkt. No. 14) that satisfies the court that it may exercise, at least provisionally, diversity jurisdiction over plaintiff's claim.

IT IS SO ORDERED.

DATED: February 7, 2012

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1