UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| HICA EDUCATION LOAN CORPORATION, | ) ) | |
| Plaintiff, | ) ) | No. 2:11-02964-JAM-KJN |
| v. | ) ) | |
| JAMES C. ADAMS, | ) ) | **ORDER GRANTING DISMISSAL WITHOUT** |
| Defendant. | ) | **PREJUDICE** |

    Before the Court is the Stipulation of Dismissal Without Prejudice. The Court, in consideration of the Stipulation, the pleadings on file in this case, and the record, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, finds that this case should be dismissed without prejudice. IT IS, THEREFORE,

    ORDERED, that this case is DISMISSED WITHOUT PREJUDICE, and each party shall bear its own costs.

    IT IS SO ORDERED this 6TH day of June, 2012.

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com